IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Yung-Ting Su,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Leechin Su,<br><br>　　Defendant, and<br><br>Leadertech Systems of Chicago, Inc.,<br><br>　　Nominal Defendant. | Case No. 1:19-cv-07772 |

**JOINT STATUS REPORT**

Pursuant to the Court's February 18, 2026 Minute Entry (Dkt. 283), Plaintiff Yung-Ting Su and Defendants Leechin Su and Leadertech Systems of Chicago, Inc. respectfully submit this Joint Status Report to apprise the Court on the progress of expert discovery.

**I.   PROGRESS OF EXPERT DISCOVERY**

Following the initial settlement conference held on February 18, 2026, the parties have continued to move forward with expert discovery while concurrently engaging in settlement efforts.

On February 23, 2026, Plaintiff served her Expert Disclosures, along with the Expert Report of her retained forensic accountant, Tracy L. Coenen, CPA, CFF.

Defendants are currently reviewing Plaintiff's expert disclosures and report. Given the ongoing and active settlement discussions between the parties, as well as the expert disclosure extension granted to Plaintiff on December 23, 2025 [Dkt. 279], Defendants will be filing a Motion for Extension of Time to depose Plaintiff's expert witness and to modify the current expert discovery

schedule, and Plaintiff has represented that she will not oppose Defendants' Motion for Extension of Time.

## II. STATUS OF SETTLEMENT EFFORTS

The parties remain mutually interested in continuing settlement discussions. Following email correspondence with the Court's courtroom deputy on February 20 and February 23, 2026, the parties have agreed to, and confirmed availability for, a continued settlement conference. The continued settlement conference is scheduled to be held remotely before Magistrate Judge Appenteng on March 13, 2026, at 9:00 a.m.

Dated: February 24, 2026

Respectfully submitted,

/s/ David K. Radkin
David K. Radkin
Matthew A. Wood
Litico Law Group
3701 Algonquin Road, Suite 450
Rolling Meadows, IL 60008
(847) 307-5942
dkr@litico.law
maw@litico.law
*Attorneys for Plaintiff Yung-Ting Su*

| | |
|---|---|
| /s/ Stephanie E. Kopalski | /s/ Thomas A. Christensen |
| Stephanie E. Kopalski | Thomas A. Christensen |
| Lyons Law Group, LLC | Huck Bouma PC |
| 5333 Main Street | 1755 S. Naperville Rd. Suite 200 |
| Downers Grove, IL 60515 | Wheaton, IL 60189 |
| (630) 852-2529 | (630) 221-1755 |
| stephanie@kllawfirm.com | tchristensen@huckbouma.com |
| *Attorneys for Defendant Leechin Su* | *Attorneys for Nominal Defendant Leadertech Systems of Chicago, Inc.* |