**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| YUNG-TING SU, )<br>  Plaintiff, )<br>v. )<br> )<br>LEECHIN SU, and LEADERTECH SYSTEMS )<br>OF CHICAGO, INC., )<br>  Defendants. ) | No. 19-cv-07772 |

**LEECHIN SU'S**
**UNOPPOSED MOTION TO MODIFY EXPERT DISCOVERY SCHEDULE**

Defendant, Leechin Su ("Leechin"), by and through her attorneys, Lyons Law Group, LLC, respectfully moves this Court to modify the existing expert discovery schedule [Dkt. 255] for the reasons stated herein:

1. In accordance with this Court's entered Order [Dkt. 248], the parties filed a Joint Status Report [Dkt. 253] on September 23, 2025, proposing an expert discovery schedule.

2. On September 24, 2025, the Court entered an Order [Dkt. 255] adopting this schedule.

3. The expert discovery schedule adopted by the Court was as follows:

    a. 1/15/2026 – Plaintiff's expert disclosures due;

    b. 3/16/2026 – Plaintiff's experts to be deposed;

    c. 4/15/2026 – Defendants' expert disclosures due;

    d. 6/15/2026 – Defendants' experts to be deposed;

    e. 6/29/2026 – Plaintiff's rebuttal disclosures due; and,

    f. 7/28/2026 – Close of expert discovery.

1

4. On December 23, 2025, this Court granted in part Plaintiff's request to extend the expert discovery schedule and Plaintiff's expert disclosure deadline was extended to February 23, 2026.

5. On February 18, 2026, the parties engaged in a Settlement Conference.

6. On February 23, 2026, Plaintiff provided their expert witness disclosure, identifying expert Tracy L. Coenen, CPA, CFF, and produced Ms. Coenen's expert report to Defendants.

7. On February 25, 2026, Plaintiff's counsel agreed to Leechin's request to modify the expert discovery schedule.

8. The parties are scheduled for a continued settlement conference before this Court on March 13, 2026.

9. Leechin asks this Court to modify the existing expert discovery schedule as follows:

    a. 4/24/2026 – Plaintiff's experts to be deposed;

    b. 5/25/2026 – Defendants' expert disclosures due;

    c. 7/24/2026 – Defendants' experts to be deposed;

    d. 8/7/2026 – Plaintiff's rebuttal disclosures due; and,

    e. 9/7/2026 – Close of expert discovery.

10. In light of the additional time granted to Plaintiff for her expert disclosures and the parties' ongoing settlement discussions, good cause exists to modify the current expert discovery schedule. The modification of the expert discovery schedule will benefit all the parties and will not prejudice any party.

11. Finally, pursuant to this Court's Standing Order and Local Rule 37.2, Leechin's counsel conferred with Yung-Ting's counsel regarding this Motion. Yung-Ting's counsel indicated no objection to this Motion.

**WHEREFORE**, Leechin Su respectfully requests that this Court grant her Unopposed Motion to Modify the Expert Discovery Schedule, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,
LEECHIN SU

By: /s/ *Stephanie E. Kopalski*
One of Her Attorneys

Kevin M. Lyons (#6243395)
 kevinl@kllawfirm.com
Stephanie E. Kopalski (#6324182)
  stephanie@kllawfirm.com
Lyons Law Group, LLC
5333 Main Street
Downers Grove, Illinois 60515
Telephone: (630) 852-2529

## CERTIFICATE OF FILING AND SERVICE

   I, Stephanie E. Kopalski, certify under penalty of perjury, that I filed and served *Leechin Su's Unopposed Motion to Modify the Expert Discovery Schedule* by filing a true and correct copy thereof with the Clerk of the Court via the Court's ECF system on March 6, 2026, pursuant to Local Rules 5.5 and 5.9, wherein service was made to all parties of record through the Court's ECF system.

                 */s/ Stephanie E. Kopalski*