## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yung–Ting Su

                 Plaintiff,

v.

                                        Case No.: 1:19–cv–07772

                                        Honorable Franklin U. Valderrama

Leechin Su, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

       MINUTE entry before the Honorable Franklin U. Valderrama: Plaintiff's motion for an order of dismissal is granted [293]. Pursuant to the parties' notice, all claims and counterclaims asserted in this litigation by Plaintiff Yung–Ting Su and Defendants Leechin Su and Leadertech Systems of Chicago, Inc. are hereby dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own costs, attorney's fees, and expenses, except as otherwise expressly provided in the Parties' Settlement Agreement and Release. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.